# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 1825 | **DATE** | 2/23/2005 |
| **CASE TITLE** | SALAZAR vs. LANDEROS, et al | | |

**DOCKET ENTRY TEXT:**

This action be, and the same is dismissed without prejudice and without costs; provided, however, that within 30 days of the date of this order that any party may reinstate the action to the calendar of the undersigned by filing a notice of reinstatement. If no such notice is filed within 30 days then the dismissal shall be with prejudice thereafter. The court retains jurisdiction to enforce any settlement agreement. Any pending motions or schedules in this case are stricken as moot.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|